# Exhibit A
# Summons

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

CARLYLE AVIATION MANAGEMENT LIMITED, ACCIPITER INVESTMENTS AIRCRAFT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, ACCIPITER HOLDINGS DAC, MAVERICK AVIATION HOLDINGS LTD., MANCHESTER AVIATION FINANCE S.à r.l., WELLS FARGO TRUST COMPANY, N.A., not in its individual capacity but solely in its capacity as OWNER TRUSTEE, UMB BANK, N.A., not in its individual capacity but solely in its capacity as OWNER TRUSTEE,

      Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

      Defendant.

Index No.: 652599/2023

**SUMMONS**

---

**TO THE ABOVE-NAMED DEFENDANT:**

**YOU ARE HEREBY SUMMONED** to answer the Complaint in this action, and to serve a copy of your answer on the Plaintiffs' attorneys, Milbank LLP, within twenty (20) days after the service of this summons, exclusive of the day of service (or within thirty (30) days after service is complete if this summons is not personally delivered to you within the State of New York). In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the Complaint.

Plaintiffs designate the New York County as the place of trial. The basis of the venue designated is C.P.L.R. § 501 and pursuant to Section 20.15 of the individual lease agreements for ten Airbus A320 aircraft to which Defendant is a party.

Dated: May 26, 2023
       New York, New York

**MILBANK LLP**

By: _____
Jed M. Schwartz
Emily Werkmann
55 Hudson Yards
New York, New York 10001
Tel: (212) 530-5000
JSchwartz@milbank.com
EWerkmann@milbank.com

*Attorneys for Plaintiffs*

To: **Frontier Airlines, Inc.**
    C/O Corporation Service Company
    1900 W. Littleton Boulevard
    Littleton, CO 80120 United States