# Exhibit F
# Rule 35 Corporate Disclosure Statement

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

CARLYLE AVIATION MANAGEMENT LIMITED, ACCIPITER INVESTMENTS AIRCRAFT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, ACCIPITER HOLDINGS DAC, MAVERICK AVIATION HOLDINGS LTD., MANCHESTER AVIATION FINANCE S.à r.l., WELLS FARGO TRUST COMPANY, N.A., not in its individual capacity but solely in its capacity as OWNER TRUSTEE, UMB BANK, N.A., not in its individual capacity but solely in its capacity as OWNER TRUSTEE,

               Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

               Defendant.

Index No.:

**RULE 35 CORPORATE DISCLOSURE STATEMENT**

---

Pursuant to Rule 35 of section 202.70(g) of the Uniform Rules for the Supreme and County Courts (Rules of Practice for the Commercial Division), the undersigned counsel for Plaintiffs provides the following information:

1. Plaintiff Carlyle Aviation Management Limited ("CAML"), by its undersigned counsel, states that the following entities are parent corporations or publicly held corporations owning 10% or more of CAML's stock indirectly:

    The Carlyle Group Inc.

2. Plaintiff Accipiter Investments Aircraft 4 Limited, ("Accipiter"), by its undersigned counsel, states that the following entities are parent corporations or publicly held corporations owning 10% or more of Accipiter's stock:

    Accipiter Investments Holdings DAC

3. Plaintiff Vermillion Aviation (Two) Limited ("Vermillion"), by its undersigned counsel, states that the following entities are parent corporations or publicly held corporations owning 10% or more of Vermillion's stock:

Manchester Aviation Finance S.à r.l.

4. Plaintiff Accipiter Holdings DAC ("Accipiter Holdings"), by its undersigned counsel, states that the following entities are parent corporations or publicly held corporations owning 10% or more of Accipiter Holdings stock:

Maverick Aviation Holdings Ltd.

5. Plaintiff Maverick Aviation Holdings Ltd. ("Maverick"), by its undersigned counsel, states that the following entities are parent corporations or publicly held corporations owning 10% or more of Maverick's stock:

Maples FS Trustees Limited

6. Plaintiff Manchester Aviation Finance S.à r.l. ("Manchester"), by its undersigned counsel, states that the following entity is a parent corporation or publicly held corporation owning 10% or more of Manchester's stock:

Maverick Aviation Holdings Ltd.

7. Plaintiff Wells Fargo Trust Company, N.A. ("Wells Fargo"), not in its individual capacity but solely in its capacity as Owner Trustee, by its undersigned counsel, states that the following entities are parent corporations or publicly held corporations owning 10% or more of Wells Fargo's stock:

WFC Holdings, LLC

Wells Fargo & Company

8. Plaintiff UMB Bank, N.A. ("UMB"), not in its individual capacity but solely in its capacity as Owner Trustee, by its undersigned counsel, states that the following entity is a parent corporation and a publicly held corporation owning 10% or more of UMB's stock:

UMB Financial Corporation.

Dated: May 26, 2023
New York, New York

MILBANK LLP

_____
Jed M. Schwartz
Emily Werkmann
55 Hudson Yards
New York, New York 10001
Tel: (212) 530-5000
JSchwartz@milbank.com
EWerkmann@milbank.com

*Attorneys for Plaintiffs*