# Exhibit G
# Request for Judicial Intervention

Case 1:23-cv-04774-PAE   Document 1-7   Filed 06/06/23   Page 2 of 3
FILED: NEW YORK COUNTY CLERK 05/31/2023
NYSCEF DOC. NO. RECEIVED
INDEX NO. 652599/2023
RJI APPROVED
FOR FILING

MAY 31 2023
NYS SUPREME COURT - CIVIL
COMMERCIAL DIVISION

RECEIVED

RJI APPROVED 5/31/2023

UCS-840 (rev. 11/24/2022)

# REQUEST FOR JUDICIAL INTERVENTION

SUPREME COURT, COUNTY OF NEW YORK

Index No: _____   Date Index Issued: _____   For Court Use Only:

**CAPTION** Enter the complete case caption. Do not use et al or et ano. If more space is needed, attach a caption rider sheet.

CARLYLE AVIATION MANAGEMENT LIMITED, ACCIPITER INVESTMENTS AIRCRAFT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, ACCIPITER HOLDINGS DAC, MAVERICK AVIATION HOLDINGS LTD., MANCHESTER AVIATION FINANCE S.à r.l., WELLS FARGO TRUST COMPANY, N.A., not in its individual capacity but solely in its capacity as OWNER TRUSTEE, UMB BANK, N.A., not in its individual capacity but solely in its capacity as OWNER TRUSTEE,

Plaintiff(s)/Petitioner(s)

-against-

FRONTIER AIRLINES, INC.,

Defendant(s)/Respondent(s)

IAS Entry Date

Judge Assigned

RJI Filed Date

**NATURE OF ACTION OR PROCEEDING**    Check only one box and specify where indicated.

**COMMERICIAL**
- ○ Business Entity (includes corporations, partnerships, LLCs, LLPs, etc.)
- ● Contract
- ○ Insurance (where insurance company is a party, except arbitration)
- ○ UCC (includes sales and negotiable instruments)
- ○ Other Commercial (specify): _____
    NOTE: For Commercial Division assignment requests pursuant to 22 NYCRR 202.70(d), complete and attach the COMMERCIAL DIVISION RJI ADDENDUM (UCS-840C).

**TORTS**
- ○ Adult Survivors Act
- ○ Asbestos
- ○ Environmental (specify): _____
- ○ Medical, Dental or Podiatric Malpractice
- ○ Motor Vehicle
- ○ Products Liability (specify): _____
- ○ Other Negligence (specify): _____
- ○ Other Professional Malpractice (specify): _____
- ○ Other Tort (specify): _____

**SPECIAL PROCEEDINGS**
- ○ Child-Parent Security Act (specify): ○ Assisted Reproduction ○ Surrogacy Agreement
- ○ CPLR Article 75 – Arbitration    [see NOTE in COMMERCIAL section]
- ○ CPLR Article 78 – Proceeding against a Body or Officer
- ○ Election Law
- ○ Extreme Risk Protection Order
- ○ MHL Article 9.60 – Kendra's Law
- ○ MHL Article 10 – Sex Offender Confinement (specify): ○ Initial ○ Review
- ○ MHL Article 81 (Guardianship)
- ○ Other Mental Hygiene (specify): _____
- ○ Other Special Proceeding (specify): _____

**MATRIMONIAL**
- ○ Contested
    NOTE: If there are children under the age of 18, complete and attach the MATRIMONIAL RJI ADDENDUM (UCS-840M).
    For Uncontested Matrimonial actions, use the Uncontested Divorce RJI (UD-13).

**REAL PROPERTY**    Specify how many properties the application includes: _____
- ○ Condemnation
- ○ Mortgage Foreclosure (specify):  ○ Residential  ○ Commercial
    Property Address: _____
    NOTE: For Mortgage Foreclosure actions involving a one to four-family, owner-occupied residential property or owner-occupied condominium, complete and attach the FORECLOSURE RJI ADDENDUM (UCS-840F).
- ○ Partition
    NOTE: Complete and attach the PARTITION RJI ADDENDUM (UCS-840P).
- ○ Tax Certiorari (specify):   Section:_____ Block:_____ Lot:_____
- ○ Tax Foreclosure
- ○ Other Real Property (specify): _____

**OTHER MATTERS**
- ○ Certificate of Incorporation/Dissolution [see NOTE in COMMERCIAL section]
- ○ Emergency Medical Treatment
- ○ Habeas Corpus
- ○ Local Court Appeal
- ○ Mechanic's Lien
- ○ Name Change/Sex Designation Change
- ○ Pistol Permit Revocation Hearing
- ○ Sale or Finance of Religious/Not-for-Profit Property
- ○ Other (specify): _____

**STATUS OF ACTION OR PROCEEDING**   Answer YES or NO for every question and enter additional information where indicated.

|  | YES | NO |  |
|---|---|---|---|
| Has a summons and complaint or summons with notice been filed? | ● | ○ | If yes, date filed: May 26, 2023 |
| Has a summons and complaint or summons with notice been served? | ○ | ● | If yes, date served: _____ |
| Is this action/proceeding being filed post-judgment? | ○ | ● | If yes, judgment date: _____ |

**NATURE OF JUDICIAL INTERVENTION**   Check one box only and enter additional information where indicated.

- ○ Infant's Compromise
- ○ Extreme Risk Protection Order Application
- ○ Note of Issue/Certificate of Readiness
- ○ Notice of Medical, Dental or Podiatric Malpractice    Date Issue Joined: _____
- ○ Notice of Motion    Relief Requested: _____    Return Date: _____
- ○ Notice of Petition    Relief Requested: _____    Return Date: MAY 31 2023
- ● Order to Show Cause    Relief Requested: Seal/Redact    Return Date: _____
- ○ Other Ex Parte Application    Relief Requested: _____
- ○ Partition Settlement Conference
- ○ Poor Person Application
- ○ Request for Preliminary Conference
- ○ Residential Mortgage Foreclosure Settlement Conference
- ○ Writ of Habeas Corpus
- ○ Other (specify): _____

FILED AND FEE PAID
MAY 31 2023
COUNTY CLERK'S OFFICE
NEW YORK

## RELATED CASES

List any related actions. For Matrimonial cases, list any related criminal or Family Court cases. If none, leave blank.
If additional space is required, complete and attach the **RJI ADDENDUM (UCS-840A)**.

| Case Title | Index/Case Number | Court | Judge (if assigned) | Relationship to instant case |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## PARTIES

For parties without an attorney, check the "Un-Rep" box and enter the party's address, phone number and email in the space provided.
If additional space is required, complete and attach the **RJI ADDENDUM (UCS-840A)**.

| Un-Rep | Parties | Attorneys and Unrepresented Litigants | Issue Joined | Insurance Carriers |
|---|---|---|---|---|
| ☐ | Name: CARLYLE AVIATION MANAGEMENT LIMITED<br>Role(s): Plaintiff | Jed M. Schwartz, Emily Werkmann, Milbank LLP, 55 Hudson Yards, New York, New York 10001, (212) 530-5000, JSchwartz@milbank.com, EWerkmann@milbank.com | ☐ YES  ⦿ NO |  |
| ☐ | Name: ACCIPITER INVESTMENTS AIRCRAFT 4 LIMITED<br>Role(s): Plaintiff | Jed M. Schwartz, Emily Werkmann, Milbank LLP, 55 Hudson Yards, New York, New York 10001, (212) 530-5000, JSchwartz@milbank.com, EWerkmann@milbank.com | ☐ YES  ⦿ NO |  |
| ☐ | Name: VERMILLION AVIATION (TWO) LIMITED<br>Role(s): Plaintiff | Jed M. Schwartz, Emily Werkmann, Milbank LLP, 55 Hudson Yards, New York, New York 10001, (212) 530-5000, JSchwartz@milbank.com, EWerkmann@milbank.com | ☐ YES  ⦿ NO |  |
| ☐ | Name: ACCIPITER HOLDINGS DAC<br>Role(s): Plaintiff | Jed M. Schwartz, Emily Werkmann, Milbank LLP, 55 Hudson Yards, New York, New York 10001, (212) 530-5000, JSchwartz@milbank.com, EWerkmann@milbank.com | ☐ YES  ⦿ NO |  |
| ☐ | Name: MAVERICK AVIATION HOLDINGS LTD.<br>Role(s): Plaintiff | Jed M. Schwartz, Emily Werkmann, Milbank LLP, 55 Hudson Yards, New York, New York 10001, (212) 530-5000, JSchwartz@milbank.com, EWerkmann@milbank.com | ☐ YES  ⦿ NO |  |
| ☐ | Name: MANCHESTER AVIATION FINANCE S.a r.l.<br>Role(s): Plaintiff | Jed M. Schwartz, Emily Werkmann, Milbank LLP, 55 Hudson Yards, New York, New York 10001, (212) 530-5000, JSchwartz@milbank.com, EWerkmann@milbank.com | ☐ YES  ⦿ NO |  |
| ☐ | Name: WELLS FARGO TRUST COMPANY, N.A., not in its individual capacity but solely in its capacity as OWNER TRUSTEE<br>Role(s): Plaintiff | Jed M. Schwartz, Emily Werkmann, Milbank LLP, 55 Hudson Yards, New York, New York 10001, (212) 530-5000, JSchwartz@milbank.com, EWerkmann@milbank.com | ☐ YES  ⦿ NO |  |
| ☐ | Name: UMB BANK, N.A., not in its individual capacity but solely in its capacity as OWNER TRUSTEE<br>Role(s): Plaintiff | Jed M. Schwartz, Emily Werkmann, Milbank LLP, 55 Hudson Yards, New York, New York 10001, (212) 530-5000, JSchwartz@milbank.com, EWerkmann@milbank.com | ☐ YES  ⦿ NO |  |
| ☐ | Name: FRONTIER AIRLINES, INC.<br>Role(s): Defendant | Paul Lambert, Lane Powell, 1420 Fifth Avenue, Suite 4200, Seattle, Washington 98101, (206) 223-7724, lambertp@lanepowell.com | ☐ YES  ⦿ NO |  |

I AFFIRM UNDER THE PENALTY OF PERJURY THAT, UPON INFORMATION AND BELIEF, THERE ARE NO OTHER RELATED ACTIONS OR PROCEEDINGS, EXCEPT AS NOTED ABOVE, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION BEEN PREVIOUSLY FILED IN THIS ACTION OR PROCEEDING.

Dated: May 26, 2023

_Jed M. Schwartz_ (Signature)

4479291
Attorney Registration Number

Jed M. Schwartz
Print Name