# Exhibit I
# Order to Show Cause

FILED: NEW YORK COUNTY CLERK 06/05/2023 09:52 AM   INDEX NO. 652599/2023
NYSCEF DOC. NO. 10                                                          RECEIVED NYSCEF: 06/02/2023

At IAS Part __3__ of the Supreme Court of the State of New York, held in and for the County of New York, at the Courthouse, 60 Centre Street, New York, New York, on the __2__ day of __June__, 2023.

PRESENT:  Hon. Joel M. Cohen
                                         J.S.C.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

CARLYLE AVIATION MANAGEMENT LIMITED, ACCIPITER INVESTMENTS AIRCRAFT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, ACCIPITER HOLDINGS DAC, MAVERICK AVIATION HOLDINGS LTD., MANCHESTER AVIATION FINANCE S.à r.l., WELLS FARGO TRUST COMPANY, N.A., not in its individual capacity but solely in its capacity as OWNER TRUSTEE, UMB BANK, N.A., not in its individual capacity but solely in its capacity as OWNER TRUSTEE,

Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

Defendant.

---

Index No.: 652599/2023

[PROPOSED] ORDER TO SHOW CAUSE

MS 001

SUPREME COURT
STATE OF NEW YORK
APPROVED
COMMERCIAL DIVISION
SUPPORT OFFICE
☒ MOTION
☐ X-MOTION
RLST  5/31/2023
CLERK'S INITIALS

Upon reading and filing the accompanying Memorandum of Law dated May 26, 2023; the Affirmation of Jed M. Schwartz in Support of the Order to Show Cause dated May 26, 2023 ("Schwartz Affirmation"); and upon all the pleadings and proceedings herein,

LET Defendant Frontier Airlines, Inc. show cause before Commercial Division Part __3__ of this Court by Microsoft Teams on the __23__ day of __June__, 2023 at __9:30__ o'clock __a__.m., or as soon thereafter as counsel may be heard, why an Order should not be entered pursuant to section 216.1

of the Uniform Rules for Trial Courts, 22 NYCRR § 216.1 sealing the unredacted version of the Complaint in this action, and for such other and further relief as the Court deems just and proper.

**SUFFICIENT CAUSE** ~~APPEARING~~ *being alleged* **THEREFORE**, it is hereby

**ORDERED** that pending the hearing of this Order to Show Cause, the following documents shall be restricted to all except the parties, their counsel and court personnel: the unredacted version of the Complaint; and it is further

**ORDERED** that the Plaintiffs are permitted to file an unredacted version of the Complaint under seal; and it is further

**ORDERED** that the Plaintiffs are permitted to file a redacted version of the Complaint, as annexed to the Schwartz Affirmation as **Exhibit A**, on the public docket via NYSCEF; and it is further

**ORDERED** that Defendant shall file its opposition papers, if any, by __June 15__, 2023; and it is further

**ORDERED** that Plaintiffs shall file their reply papers, if any, by __June 21__, 2023; and it is further

**ORDERED** that service of a copy of this Order to Show Cause, together with the papers upon which it is granted, shall be made on Defendant via personal service on Defendant's registered agent on or before the 6th day of __June__, 2023, and that such service shall be deemed good and sufficient service thereof. Unless otherwise instructed by the Court, no appearance is necessary on June 23, 2023, and the motion will be decided on submission.

ENTER:

J.S.C. HON. JOHN J. KELLEY
J.S.C.

J.S.C.
Hon. Joel M. Cohen

-2-