# Exhibit J
# Notification of Sealing

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF** NEW YORK
-----------------------------------------------------------------x

CARLYLE AVIATION MGMT. LTD, et al

                 **Plaintiff/Petitioner,**

    -against-                                          Index No. 652599/2023

FRONTIER AIRLINES, INC.
                 **Defendant/Respondent.**
-----------------------------------------------------------------x

**NOTIFICATION FOR SEALING IN ELECTRONICALLY-FILED CASE**

To: County Clerk, County of New York :

Jed M. Schwartz, an attorney admitted to the Bar of the State of New York and counsel for Plaintiffs in the above-captioned case, respectfully submits this notification that an order of this court, a copy of which is annexed, requires that the documents identified below be sealed. Unless the order directs the sealing of the entire case file, each document to be sealed is identified below by its Document Type, Document Number, and Date Filed as shown on the NYSCEF Document List.

Sealing of Entire File Ordered        [Initial here] or

Sealing of the Document(s) Identified Below Ordered:

| Document Type | Document Number | Date Filed |
|---|---|---|
| 1) Complaint | No. 2 | 6/01/2023 |
| 2) | No. | |
| 3) | No. | |
| 4) | No. | |
| 5) | No. | |

As directed by the order, the [   entire file [X] document(s) indicated above shall not be sealed as to:

                                                                              12/18/17        EF-7

[ X ] parties to the action      [ X ] counsel to parties to the action   [X     ] others (specify): Court Personnel

Dated: 06/06/2023

Signature: /s/ Jed M. Schwartz

Name: Jed M. Schwartz

Firm Name: Milbank LLP

Address: 55 Hudson Yards

New York, N.Y. 10001

12/18/17          EF-7

At IAS Part __3__ of the Supreme Court of the State of New York, held in and for the County of New York, at the Courthouse, 60 Centre Street, New York, New York, on the __2__ day of __June__, 2023.

PRESENT: ___Hon. Joel M. Cohen___
J.S.C.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

CARLYLE AVIATION MANAGEMENT LIMITED, ACCIPITER INVESTMENTS AIRCRAFT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, ACCIPITER HOLDINGS DAC, MAVERICK AVIATION HOLDINGS LTD., MANCHESTER AVIATION FINANCE S.à r.l., WELLS FARGO TRUST COMPANY, N.A., not in its individual capacity but solely in its capacity as OWNER TRUSTEE, UMB BANK, N.A., not in its individual capacity but solely in its capacity as OWNER TRUSTEE,

Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

Defendant.

---

Index No.: 652599/2023

[PROPOSED] ORDER TO SHOW CAUSE

MS 001

SUPREME COURT
STATE OF NEW YORK
APPROVED
COMMERCIAL DIVISION
SUPPORT OFFICE

☒ MOTION
☐ X-MOTION

RLST 5/31/2023
CLERK'S INITIALS

---

Upon reading and filing the accompanying Memorandum of Law dated May 26, 2023; the Affirmation of Jed M. Schwartz in Support of the Order to Show Cause dated May 26, 2023 ("Schwartz Affirmation"); and upon all the pleadings and proceedings herein,

LET Defendant Frontier Airlines, Inc. show cause before Commercial Division Part __3__ of this Court by Microsoft Teams on the __23__ day of __June__, 2023 at __9:30__ o'clock __a__.m., or as soon thereafter as counsel may be heard, why an Order should not be entered pursuant to section 216.1

of the Uniform Rules for Trial Courts, 22 NYCRR § 216.1 sealing the unredacted version of the Complaint in this action, and for such other and further relief as the Court deems just and proper.

SUFFICIENT CAUSE ~~APPEARING~~ being alleged THEREFORE, it is hereby

ORDERED that pending the hearing of this Order to Show Cause, the following documents shall be restricted to all except the parties, their counsel and court personnel: the unredacted version of the Complaint; and it is further

ORDERED that the Plaintiffs are permitted to file an unredacted version of the Complaint under seal; and it is further

ORDERED that the Plaintiffs are permitted to file a redacted version of the Complaint, as annexed to the Schwartz Affirmation as **Exhibit A**, on the public docket via NYSCEF; and it is further

ORDERED that Defendant shall file its opposition papers, if any, by __June 15__, 2023; and it is further

ORDERED that Plaintiffs shall file their reply papers, if any, by __June 21__, 2023; and it is further

ORDERED that service of a copy of this Order to Show Cause, together with the papers upon which it is granted, shall be made on Defendant via personal service on Defendant's registered agent on or before the 6th day of __June__, 2023, and that such service shall be deemed good and sufficient service thereof. Unless otherwise instructed by the Court, no appearance is necessary on June 23, 2023, and the motion will be decided on submission.

ENTER:

J.S.C. HON. JOHN J. KELLEY J.S.C.

J.S.C.
Hon. Joel M. Cohen

-2-