# Exhibit K
# Notification of Electronic Filing

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF** New York

-----------------------------------------------------------------x
CARLYLE AVIATION MANAGEMENT LIMITED,
ACCIPITER INVESTMENTS AIRCRAFT 4 LIMITED,
VERMILLION AVIATION (TWO) LIMITED, ACCIPITER
HOLDINGS DAC, MAVERICK AVIATION HOLDINGS LTD.,
MANCHESTER AVIATION FINANCE S.à r.l., WELLS
FARGO TRUST COMPANY, N.A., not in its individual
capacity but solely in its capacity as OWNER TRUSTEE,
UMB BANK, N.A., not in its individual capacity but solely in
its capacity as OWNER TRUSTEE,

                            Plaintiff/Petitioner,

              -against-                         Index No. 652599/2023

FRONTIER AIRLINES, INC.

                          Defendant/Respondent.
-----------------------------------------------------------------x

**NOTICE OF ELECTRONIC FILING**
**(Mandatory Case)**
(Uniform Rule § 202.5-bb)

**You have received this Notice because**:

    1) The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts E-filing system ("NYSCEF"), and

    2) You are a Defendant/Respondent (a party) in this case.

- **If you are represented by an attorney:**
Give this Notice to your attorney. (<u>Attorneys</u>: see "Information for Attorneys" pg. 2).

- **If you are not represented by an attorney:**
**You will be served with all documents in paper and you must serve and file your documents in paper, unless you choose to participate in e-filing.**

**If you choose to participate in e-filing, you <u>must</u> have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the internet, and an e-mail address to receive service of documents.**

The **benefits of participating in e-filing** include:

- serving and filing your documents electronically
- free access to view and print your e-filed documents
- limiting your number of trips to the courthouse
- paying any court fees on-line (credit card needed)

**To register for e-filing or for more information about how e-filing works:**

- visit: www.nycourts.gov/efile-unrepresented or
- contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information can be found at www.nycourts.gov

To find legal information to help you represent yourself visit www.nycourthelp.gov

**Information for Attorneys**
**(E-filing is Mandatory for Attorneys)**

An attorney representing a party who is served with this notice must either:

1) immediately record his or her representation within the e-filed matter on the NYSCEF site www.nycourts.gov/efile ; or

2) file the Notice of Opt-Out form with the clerk of the court where this action is pending and serve on all parties. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the knowledge to operate such equipment. [Section 202.5-bb(e)]

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: nyscef@nycourts.gov).

Dated: June 5, 2023

Jed M. Schwartz
　　　Name
Milbank LLP
　　　Firm Name

55 Hudson Yards
　　　Address

New York, N.Y. 10001

(212) 530-5000
　　　Phone

JSchwartz@milbank.com
　　　E-Mail

To:  Frontier Airlines, Inc.

C/O Corporation Service Company

80 State Street

Albany, NY 12207 United States