**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CARLYLE AVIATION MANAGEMENT LIMITED, ACCIPITER INVESTMENTS AIRCRAFT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, ACCIPITER HOLDINGS DAC, MAVERICK AVIATION HOLDINGS LTD., MANCHESTER AVIATION FINANCE S.a.r.l., WELLS FARGO TRUST COMPANY, N.A., not in its individual capacity but solely in its capacity as OWNER TRUSTEE, UMB BANK, N.A., not in its individual capacity but solely in its capacity as OWNER TRUSTEE,<br><br>         Plaintiffs,<br><br>v.<br><br>FRONTIER AIRLINES, INC.<br><br>         Defendant. | Case No. 23-4774 |

**FEDERAL RULE OF CIVIL PROCEDURE 7.1**
**DISCLOSURE STATEMENT OF DEFENDANT FRONTIER AIRLINES, INC.**

    Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Frontier Airlines, Inc. makes the following disclosures.

    Defendant Frontier Airlines Inc. is a wholly owned subsidiary of Frontier Airlines Holdings, Inc. Frontier Airlines Holdings, Inc. is a wholly owned subsidiary of Frontier Group Holdings, Inc. Frontier Group Holdings, Inc. is a publicly traded entity.

2

| | |
|---|---|
| Dated: New York, New York<br>June 6, 2023 | Respectfully Submitted,<br><br>**BINDER & SCHWARTZ LLP**<br><br>/s/ Eric B. Fisher<br>Eric B. Fisher<br>366 Madison Avenue, 6th Floor<br>New York, New York 10017<br>Tel: (212) 510-7008<br>Fax: (212) 510-7299<br>Email: efisher@binderschwartz.com<br><br>*Attorneys for Defendant Frontier Airlines, Inc.* |