UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLYLE AVIATION MANAGEMENT LIMITED, ACCIPITER INVESTMENTS AIRCRAFT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, ACCIPITER HOLDINGS DAC, MAVERICK AVIATION HOLDINGS LTD., MANCHESTER AVIATION FINANCE S.a.r.l., WELLS FARGO TRUST COMPANY, N.A., not in its individual capacity but solely in its capacity as OWNER TRUSTEE, UMB BANK, N.A., not in its individual capacity but solely in its capacity as OWNER TRUSTEE, <br><br> Plaintiffs, <br><br> v. <br><br> FRONTIER AIRLINES, INC. <br><br> Defendant. | Case No. 1:23-cv-04774 (PAE) <br> [rel. 1:22-cv-02943 (PAE)] |

## DECLARATION OF ERIC B. FISHER

I, Eric B. Fisher, declare as follows:

1.  I am a partner at Binder & Schwartz LLP, counsel of record for plaintiff Frontier Airlines, Inc. ("Frontier") in the above-captioned proceedings. I have personal knowledge of the facts set forth in this Declaration.

2.  On June 6, 2023, Frontier removed this action from the Supreme Court of the State of New York, County of New York (the "State Court"). [Dkt. No. 1.]

3.  On June 8, 2023, Your Honor accepted the action as related to *Frontier Airlines, Inc. v. AMCK Aviation Holdings Ireland Limited, et al.*, No. 1:22-cv-02943.

4.  Pursuant to an Order to Show Cause entered by the State Court [Dkt. No. 1-3] (the "State Court OTSC"), Plaintiffs filed their Complaint under seal with the State Court and publicly filed a redacted version as Exhibit A to the Affirmation of Jed M. Schwartz.

2

5. Attached as Exhibit 1 is a true and correct copy of the unredacted version of Plaintiffs' Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 12, 2023

                                         */s/ Eric B. Fisher*
                                         Eric B. Fisher