UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLYLE AVIATION MANAGEMENT LIMITED, ACCIPITER INVESTMENTS AIRCRAFT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, ACCIPITER HOLDINGS DAC, MAVERICK AVIATION HOLDINGS LTD., MANCHESTER AVIATION FINANCE S.à r.l., WELLS FARGO TRUST COMPANY, N.A., not in its individual capacity but solely in its capacity as OWNER TRUSTEE, UMB BANK, N.A., not in its individual capacity but solely in its capacity as OWNER TRUSTEE,<br><br>      Plaintiffs,<br><br>v.<br><br>FRONTIER AIRLINES, INC.<br><br>      Defendant. | Case No. 1:23-cv-04774 (PAE) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jed M. Schwartz, a partner with the firm Milbank LLP, hereby appears as counsel for Plaintiffs Carlyle Aviation Management Limited, Accipiter Investments Aircraft 4 Limited, Vermillion Aviation (Two) Limited, Accipiter Holdings DAC, Maverick Aviation Holdings Ltd., Manchester Aviation Finance S.à r.l., Wells Fargo Trust Company, N.A., not in its individual capacity but solely in its capacity as Owner Trustee, and UMB Bank, N.A., not in its individual capacity but solely in its capacity as Owner Trustee, in the above-captioned action. Jed M. Schwartz hereby certifies that he is admitted to practice in this Court and respectfully requests that all notices given or required to be given and all papers served or required to be served be given or served upon the undersigned.

Dated: July 25, 2023  MILBANK LLP
       New York, New York

                                         /s/ *Jed M. Schwartz*
                                         Jed M. Schwartz
                                         55 Hudson Yards
                                         New York, New York 10001
                                         Telephone: 212-530-5000
                                         Facsimile: 212-530-5219
                                         Email: jschwartz@milbank.com

                                         *Counsel for Plaintiffs*