UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLYLE AVIATION MANAGEMENT LIMITED, ACCIPITER INVESTMENTS AIRCRAFT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, ACCIPITER HOLDINGS DAC, MAVERICK AVIATION HOLDINGS LTD., MANCHESTER AVIATION FINANCE S.à r.l., WELLS FARGO TRUST COMPANY, N.A., not in its individual capacity but solely in its capacity as OWNER TRUSTEE, UMB BANK, N.A., not in its individual capacity but solely in its capacity as OWNER TRUSTEE,<br><br>        Plaintiffs,<br><br>v.<br><br>FRONTIER AIRLINES, INC.<br><br>        Defendant. | Case No. 1:23-cv-04774 (PAE) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Emily Werkmann, an associate with the firm Milbank LLP, hereby appears as counsel for Plaintiffs Carlyle Aviation Management Limited, Accipiter Investments Aircraft 4 Limited, Vermillion Aviation (Two) Limited, Accipiter Holdings DAC, Maverick Aviation Holdings Ltd., Manchester Aviation Finance S.à r.l., Wells Fargo Trust Company, N.A., not in its individual capacity but solely in its capacity as Owner Trustee, and UMB Bank, N.A., not in its individual capacity but solely in its capacity as Owner Trustee, in the above-captioned action. Emily Werkmann hereby certifies that she is admitted to practice in this Court and respectfully requests that all notices given or required to be given and all papers served or required to be served be given or served upon the undersigned.

Dated: July 25, 2023　　　　　　　　　MILBANK LLP
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　/s/ *Emily Werkmann*
　　　　　　　　　　　　　　　　　　Emily Werkmann
　　　　　　　　　　　　　　　　　　55 Hudson Yards
　　　　　　　　　　　　　　　　　　New York, New York 10001
　　　　　　　　　　　　　　　　　　Telephone: 212-530-5000
　　　　　　　　　　　　　　　　　　Facsimile: 212-530-5219
　　　　　　　　　　　　　　　　　　Email: ewerkmann@milbank.com

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

2