UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLYLE AVIATION MANAGEMENT LIMITED, ACCIPITER INVESTMENTS AIRCRAFT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, ACCIPITER HOLDINGS DAC, MAVERICK AVIATION HOLDINGS LTD., MANCHESTER AVIATION FINANCE S.à r.l., WELLS FARGO TRUST COMPANY, N.A., not in its individual capacity but solely in its capacity as OWNER TRUSTEE, UMB BANK, N.A., not in its individual capacity but solely in its capacity as OWNER TRUSTEE,<br><br>    Plaintiffs,<br><br>v.<br><br>FRONTIER AIRLINES, INC.<br><br>    Defendant. | Case No.: 1:23-cv-04774 (PAE) |

**PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for Plaintiffs provides the following information:

1. Plaintiff Carlyle Aviation Management Limited ("CAML"), by its undersigned counsel, states that it is a company organized and existing under the laws of Bermuda with its principal place of business in Dublin, Ireland, and the following entity is a parent corporation or publicly held corporation owning 10% or more of CAML's stock indirectly:

  The Carlyle Group Inc.

2. Plaintiff Accipiter Investments Aircraft 4 Limited, ("Accipiter"), by its undersigned counsel, states that it is a company incorporated under the laws of Ireland, and the following entity is a parent corporation or publicly held corporation owning 10% or more of Accipiter's stock:

  Accipiter Investments Holdings DAC

3. Plaintiff Vermillion Aviation (Two) Limited ("Vermillion"), by its undersigned counsel, states that it is a company incorporated under the laws of Ireland, and the following entity is a parent corporation or publicly held corporation owning 10% or more of Vermillion's stock:

  Manchester Aviation Finance S.à r.l.

4. Plaintiff Accipiter Holdings DAC ("Accipiter Holdings"), by its undersigned counsel, states that it is a company incorporated under the laws of Ireland, and the following entity is a parent corporation or publicly held corporation owning 10% or more of Accipiter Holdings' stock:

  Maverick Aviation Holdings Ltd.

5. Plaintiff Maverick Aviation Holdings Ltd. ("Maverick"), by its undersigned counsel, states that it is a company incorporated under the laws of the Cayman Islands, and the following entity is a parent corporation or publicly held corporation owning 10% or more of Maverick's stock:

  Maples FS Trustees Limited

6. Plaintiff Manchester Aviation Finance S.à r.l. ("Manchester"), by its undersigned counsel, states that it is a company incorporated under the laws of Luxembourg, and the following entity is a parent corporation or publicly held corporation owning 10% or more of Manchester's stock:

  Maverick Aviation Holdings Ltd.

7. Plaintiff Wells Fargo Trust Company, N.A. ("Wells Fargo"), not in its individual capacity but solely in its capacity as Owner Trustee, by its undersigned counsel, states that it is a national banking association with its designated main office in Ogden, Utah, and the following entities are parent corporations or publicly held corporations owning 10% or more of Wells Fargo's stock:

  WFC Holdings, LLC

  Wells Fargo & Company

8. Plaintiff UMB Bank, N.A. ("UMB"), not in its individual capacity but solely in its capacity as Owner Trustee, by its undersigned counsel, states that it is a national banking association headquartered in Kansas City, Missouri, and the following entity is a parent corporation and a publicly held corporation owning 10% or more of UMB's stock:

  UMB Financial Corporation

Dated: July 26, 2023
       New York, New York

**MILBANK LLP**

/s/ *Jed M. Schwartz*

Jed M. Schwartz
Samantha Lovin
Emily Werkmann
55 Hudson Yards
New York, New York 10001
Tel: (212) 530-5000
JSchwartz@milbank.com
SLovin@milbank.com
EWerkmann@milbank.com

*Counsel for Plaintiffs*