

Eric B. Fisher
Binder & Schwartz LLP          (T) 212.933.4551
675 Third Avenue 26th Floor    (F) 212.510.7299
New York, NY 10017             efisher@binderschwartz.com

August 15, 2023

By ECF

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

> Re: *Frontier Airlines, Inc. v. AMCK Aviation Holdings Ireland Ltd., et al.*, No. 1:22-cv-02943 [rel. 1:23-cv-04774] (PAE) – Frontier's Motion for Extension of Time to Respond to Defendants' Motion to Alter or Amend Judgment

Dear Judge Engelmayer:

We represent Frontier Airlines, Inc. ("Frontier") in the above-captioned proceeding. As the Court is aware, Frontier is currently required to respond to Defendants' Motion to Alter or Amend Judgment (ECF No. 108) (the "Motion") by August 16, 2023.

The Court noted at the August 10, 2023 status conference and hearing that the parties might "agree that it is worth suspending further briefing" on the Motion in light of the hearing and Defendants' provision of a conforming guaranty to Frontier. After conferring with counsel for Defendants, who consent to this request, Frontier respectfully requests an extension of Frontier's time to respond to the Motion by two weeks, to August 30, 2023. The parties expect it will be clear before then whether the preliminary injunction will otherwise be dissolved, which would moot the Motion. This is Frontier's first request for an extension of time to respond to the Motion.

Very truly yours,

*Eric B. Fisher*

Eric B. Fisher

cc:   All Counsel of Record (via ECF)

Granted.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: August 15, 2023
New York, New York