

Eric B. Fisher
Binder & Schwartz LLP
675 Third Avenue 26th Floor
New York, NY 10017

(T) 212.933.4551
(F) 212.510.7299
efisher@binderschwartz.com

August 30, 2023

By ECF

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

    Re: *Frontier Airlines, Inc. v. AMCK Aviation Holdings Ireland Ltd., et al.*, No. 1:22-cv-02943 [rel. 1:23-cv-04774] (PAE) – Frontier's Second Motion for Extension of Time to Respond to Defendants' Motion to Alter or Amend Judgment

Dear Judge Engelmayer:

  We represent Frontier Airlines, Inc. ("Frontier") in the above-captioned proceeding. We write to request a one-week adjournment of Frontier's time to respond to Defendants' Motion to Alter or Amend the Preliminary Injunction (the "Motion").

  Pursuant to the Court's August 17, 2023 Order (ECF No. 131), Frontier is required to return executed transaction documents to Defendants by tomorrow. Frontier is working diligently to meet that deadline. Because Frontier's provision of the transaction documents to Defendants by tomorrow would result in dissolution of the preliminary injunction and moot the Motion, Frontier respectfully requests until September 6, 2023 to respond.

  Defendants consent to this request. This is Frontier's second request for an extension of time to respond to the motion. The Court previously granted Frontier's first request for an extension of time on August 15, 2023 (ECF No. 126).

            Very truly yours,

            Eric B. Fisher

cc: All Counsel of Record (via ECF)

    Granted.
      **SO ORDERED.**

          _____
Date: August 30, 2023     PAUL A. ENGELMAYER
   New York, New York    **United States District Judge**