# **EXHIBIT 5**

| | |
|---|---|
| **From:** | Schoeggl, David |
| **To:** | Schwartz, Jed |
| **Cc:** | Mechlowicz, Freyda; Werkmann, Emily; Lovin, Samantha; efisher@binderschwartz.com |
| **Subject:** | [EXT] Re: Invoice |
| **Date:** | Thursday, August 31, 2023 4:11:59 PM |
| **Attachments:** | image001.png |



Thanks, Jed, we'll look for the wire.  I'll get with the team and provide you with some proposed dates next week for the discussion you suggest.

Dave



**DAVID SCHOEGGL**
**Shareholder** **Bio** | **vCard**
Licensed in Washington, Oregon, and Alaska
schoeggld@lanepowell.com
**Direct** 206.223.7383  **Cell/Mobile** 206.484.7048
**LANEPOWELL.COM**

> **From:** Schwartz, Jed <JSchwartz@milbank.com>
> **Date:** Thursday, August 31, 2023 at 1:04 PM
> **To:** Schoeggl, David <SchoegglD@LanePowell.com>, efisher@binderschwartz.com <efisher@binderschwartz.com>
> **Cc:** Mechlowicz, Freyda <FMechlowicz@milbank.com>, Werkmann, Emily <EWerkmann@milbank.com>, Lovin, Samantha <SLovin@milbank.com>
> **Subject:** Invoice
>
> Dave, Eric:
>
> Today, a wire transfer in the amount of $160,472.60 is being processed to pay a portion of the invoiced Lane Powell fees.  As separately noted by Freyda to Lane Powell, the internal processing to make payment to Lane Powell is under way and the wire may go out today if that processing can be completed today.  This represents the portion of the invoiced amount regarding which Carlyle has completed its review and agrees are reasonable and invoiced out-of-pocket costs and expenses incurred in connection with Frontier's cooperation with Lessor regarding the relevant transfers.  For your reference, the specific line items that comprise these amounts are reflected in the attached Excel file.
>
> Maverick is not refusing to pay the remaining amount of approximately $130,000, but we have a number of questions about the entries supporting those remaining amounts in order for Carlyle to complete its review of the entries. Please let us know your availability for a meeting with Freyda and me to discuss our questions.

Jed

Jed Schwartz | Milbank | Partner
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5283
JSchwartz@milbank.com | milbank.com

---

This message is private or privileged. If you are not the person for whom this message is intended, please delete it and notify me immediately, and please do not copy or send this message to anyone else.

---

This message is private or privileged. If you are not the person for whom this message is intended, please delete it and notify me immediately, and please do not copy or send this message to anyone else.