

Eric B. Fisher
Binder & Schwartz LLP
675 Third Avenue, 26th Floor
New York, NY 10017

(T) 212.933.4551
(F) 212.510.7299
efisher@binderschwartz.com

October 3, 2023

**By ECF**

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1305
New York, New York 10007

      Re: *Carlyle Aviation Management Limited, et al. v. Frontier Airlines, Inc.*,
          No. 1:23-cv-04774 (PAE) [rel. 1:22-cv-02943 (PAE)]

Dear Judge Engelmayer:

    We represent Frontier Airlines, Inc. ("Frontier") in the above-captioned proceedings and write respectfully, and with the consent of Plaintiffs, to request that the Court enter the enclosed Stipulation and Proposed Order setting a briefing schedule on Plaintiffs' Motion to Dismiss the Amended Counterclaim (the "Motion").

    Plaintiffs filed the Motion on September 27, 2023. Under the Court's Order dated August 17, 2023, Frontier's deadline to oppose the Motion is October 11, 2023, and Plaintiffs' reply deadline is October 18, 2023. Pursuant to the enclosed stipulation, Frontier respectfully requests that the Court extend Frontier's deadline to oppose the Motion to October 23, 2023 and Plaintiffs' reply deadline to November 3, 2023. The adjournment of Frontier's deadline to respond is needed because of business travel, depositions and court appearances scheduled over the next couple of weeks in other matters. This is the first request for an extension of time to respond to the Motion.

                                                         Respectfully submitted,

                                                         /s/ Eric B. Fisher
                                                         Eric B. Fisher

Enclosure

cc:      Counsel of Record (via ECF)