UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARLYLE AVIATION MANAGEMENT LIMITED, *et al.*,

                         Plaintiffs,

            -v-

FRONTIER AIRLINES, INC.,

                         Defendant.

23 Civ. 4774 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      The Court acknowledges defendant's motion, filed yesterday, to consolidate this case with *Frontier Airlines, Inc. v. AMCK Aviation Holdings Ireland Ltd., et al.*, No. 22 Civ. 2943 (PAE) (S.D.N.Y.). Dkt. 38. The Court declines to set a separate briefing schedule for this motion. Instead, any response from plaintiffs to defendant's motion to consolidate must be included in plaintiffs' reply brief in support of their pending motion to dismiss defendants' counterclaims, due November 3, 2023.

      SO ORDERED.

                                                      *Paul A. Engelmayer*
                                                   PAUL A. ENGELMAYER
                                                   United States District Judge

Dated: October 24, 2023
         New York, New York