UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLYLE AVIATION MANAGEMENT LTD., *et al.*,<br><br>                                  Plaintiffs,<br>                -v-<br><br>FRONTIER AIRLINES, INC.,<br><br>                                  Defendant. | 23 Civ. 4774 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court received this morning a letter from plaintiffs Carlyle Aviation Management Ltd. et al. ("Carlyle") requesting an informal conference to resolve several ongoing discovery disputes. Dkt. 48. Defendant Frontier Airlines, Inc. ("Frontier") then called Chambers, as required by the Court's Individual Rules, to inform the Court that it wishes to file a letter response. In that phone call, Frontier requested an extension for its response (which is otherwise due in three business days—that is, by Wednesday, November 15). If Frontier seeks an extension, it must file a letter on the docket to that effect, pursuant to the Court's Individual Rules (specifically, Rule 1.E.). However, although the Court will consider an application for a brief extension, Frontier should not assume that an extension will be granted and should proceed on the assumption that the November 15 deadline will remain in place.

        SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                          _____
                                                          PAUL A. ENGELMAYER
                                                          United States District Judge

Dated:   November 10, 2023
            New York, New York