UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLYLE AVIATION MANAGEMENT LIMITED, ACCIPITER INVESTMENTS AIRCRAFT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, ACCIPITER HOLDINGS DAC, MAVERICK AVIATION HOLDINGS LTD., MANCHESTER AVIATION FINANCE S.a.r.l., WELLS FARGO TRUST COMPANY, N.A., not in its individual capacity but solely in its capacity as OWNER TRUSTEE, UMB BANK, N.A., not in its individual capacity but solely in its capacity as OWNER TRUSTEE, <br><br>    *Plaintiffs*, <br><br>  v. <br><br> FRONTIER AIRLINES, INC. <br><br>    *Defendant*. | Case No. 1:23-cv-04774 (PAE) <br><br> [Rel. 1:22-cv-02943 (PAE)] |

**MOTION FOR ADMISSION PRO HAC VICE**

    Pursuant to Rule 1.3 of the Local Rules of the United State Courts for the Southern and Eastern Districts of New York, I, David Schoeggl, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Frontier Airlines, Inc. in the above-captioned action.

    I am a member in good standing of the bars of the states of Alaska, Oregon, and Washington, and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: November 15, 2023
      Seattle, Washington

Respectfully submitted,

s/ *David M. Schoeggl*
David M. Schoeggl
LANE POWELL PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: 206.223.7000
Email: schoeggld@lanepowell.com

*Counsel for Defendant Frontier Airlines, Inc.*