**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CARLYLE AVIATION MANAGEMENT LIMITED, ACCIPITER INVESTMENTS AIRCRAFT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, ACCIPITER HOLDINGS DAC, MAVERICK AVIATION HOLDINGS LTD., MANCHESTER AVIATION FINANCE S.a.r.l., WELLS FARGO TRUST COMPANY, N.A., not in its individual capacity but solely in its capacity as OWNER TRUSTEE, UMB BANK, N.A., not in its individual capacity but solely in its capacity as OWNER TRUSTEE, *Plaintiffs*, v. FRONTIER AIRLINES, INC. *Defendant*. | Case No. 1:23-cv-04774 (PAE) [Rel. 1:22-cv-02943 (PAE)] |

**AFFIDAVIT OF DAVID SCHOEGGL IN SUPPORT OF**
**MOTION FOR ADMISSION PRO HAC VICE**

I, David Schoeggl, hereby declare and affirm as follows:

1. I am an attorney with the law firm of Lane Powell PC.

2. I submit this affidavit in support of my motion for admission *pro hac vice* in the above-captioned matter.

3. As shown in the attached Certificates of Good Standing, I am a member of good standing of the bars of the states of Alaska, Oregon, and Washington.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

WHEREFORE Affiant respectfully submits that he be permitted to appear as counsel pro hac vice in this case for Plaintiff Frontier Airlines, Inc.

Dated:  November 15, 2023
        Seattle, Washington

_____
David Schoeggl

Subscribed and sworn to before me in the City of Seattle, King County, Washington, this 15th day of November, 2023, by David Schoeggl.

_____
Lou A. Rosenkranz
Notary Public in and for the State of Washington, residing at Edmonds, Washington.
My commission expires 7-31-26

2