

# The Supreme Court of the State of Alaska
## Certificate of Good Standing

I, Meredith Montgomery, Clerk of the Supreme Court of the State of Alaska, do hereby certify that:

## David M. Schoeggl

was admitted to practice before all courts of the State of Alaska on November 17, 2005; that David Schoeggl's professional character appears to be good; and that he is presently an active member in good standing in this court.

Dated November 8, 2023, at Anchorage, Alaska.

Meredith Montgomery
Clerk of the Supreme Court

By: Julie Ahrend, Deputy Clerk