UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLYLE AVIATION MANAGEMENT LIMITED, ACCIPITER INVESTMENTS AIRCRAFT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, ACCIPITER HOLDINGS DAC, MAVERICK AVIATION HOLDINGS LTD., MANCHESTER AVIATION FINANCE S.a.r.l., WELLS FARGO TRUST COMPANY, N.A., not in its individual capacity but solely in its capacity as OWNER TRUSTEE, UMB BANK, N.A., not in its individual capacity but solely in its capacity as OWNER TRUSTEE, <br><br>     *Plaintiffs*, <br><br>   v. <br><br> FRONTIER AIRLINES, INC. <br><br>     *Defendant*. | Case No. 1:23-cv-04774 (PAE) <br><br> [Rel. 1:22-cv-02943 (PAE)] |

**[PROPOSED] ORDER GRANTING
MOTION FOR ADMISSION PRO HAC VICE**

The motion of David Schoeggl (Applicant) for admission to practice pro hac vice in the above-captioned case is GRANTED.

Applicant has declared that he is a member in good standing of the bars of the states of Alaska, Oregon, and Washington; and that his contact information is as follows:

> David Schoeggl
> Lane Powell PC
> 1420 Fifth Avenue, Suite 4200
> P.O. Box 91302
> Seattle, WA 98111-9402
> Phone:  206-223-7383
> Fax: 206-223-7107
> E-mail: schoeggld@lanepowell.com

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Defendant Frontier Airlines, Inc. in the above-captioned case;

IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated this ___ day of _____, 2023

                                                                                      _____
                                                                                      UNITED STATES DISTRICT JUDGE