UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARLYLE AVIATION MANAGEMENT LIMITED, *et al.*,

                      Plaintiffs,

-v-

FRONTIER AIRLINES, INC.,

                      Defendant.

23 Civ. 4774 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court has reviewed counsels' letters on the discovery dispute in this case and thanks counsel for their thoughtful briefing. Dkts. 49, 53. The dispute arises from plaintiffs' request for, *inter alia*, electronically stored information in defendant's possession; defendant's documents and communications relating to the sale/financing transactions at issue in this case; defendant's documents and communications relating to defendant's claimed damages in separate, ongoing litigation before Judge Stanton; and defendant's documents and communications concerning the negotiation of the airplane leases at issue in this case.

    Based on defendant's representation that the parties' discussions remain ongoing, and that at least some subset of plaintiffs' concerns can be addressed without judicial intervention, the Court denies plaintiffs' requests without prejudice. The Court expects defendant promptly to consider plaintiffs' requests and expects both parties to work together collegially to complete the discovery process in this case.

2

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: November 17, 2023
       New York, New York