UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARLYLE AVIATION MANAGEMENT LIMITED, ACCIPITER INVESTMENTS AIRCRAFT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, ACCIPITER HOLDINGS DAC, MAVERICK AVIATION HOLDINGS LTD., MANCHESTER AVIATION FINANCE S.à r.l., WELLS FARGO TRUST COMPANY, N.A., not in its individual capacity but solely in its capacity as OWNER TRUSTEE, UMB BANK, N.A., not in its individual capacity but solely in its capacity as OWNER TRUSTEE,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

Case No.: 1:23-cv-04774 (PAE)

**NOTICE OF APPEARANCE OF NON-PARTY**

---

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for non-party Indigo Partners, LLC, in the above-referenced action, and requests that copies of all relevant notices and papers filed in this action be sent to the address stated below.

Dated: December 1, 2023        ABRAHAM ESQ. PLLC

_____
By: Joshua E. Abraham, Esq. (JA-1818)
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
Tel: (646) 245-6710
Email: josh@abrahamesq.com

*Counsel for Non-Party Indigo Partners, LLC*