UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARLYLE AVIATION MANAGEMENT LIMITED, *et al.*,

                                    Plaintiffs,

-v-

FRONTIER AIRLINES, INC.,

                                    Defendant.

23 Civ. 4774 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court has received plaintiffs' motion for leave to file a supplemental complaint, Dkt. 45, and memorandum of law in support, Dkt. 46. If defendant objects to plaintiffs' motion, defendant shall file its opposition by December 19, 2023; any reply brief from plaintiffs is due January 4, 2024.

    SO ORDERED.

                                                      *Paul A. Engelmayer*
                                                      PAUL A. ENGELMAYER
                                                      United States District Judge

Dated: December 5, 2023
         New York, New York