# Exhibit 1

| | |
|---|---|
| **From:** | Schwartz, Jed |
| **To:** | Joshua E. Abraham |
| **Cc:** | Lovin, Samantha; Werkmann, Emily |
| **Subject:** | RE: [EXT] Indigo Partners, LLC |
| **Date:** | Thursday, November 30, 2023 6:09:59 PM |

Josh:

Thanks for speaking a few minutes ago.  To recap, given (i) our understanding that your client had communications that relate to the subject matter of this litigation (which you did not confirm or deny), and (ii) that you were not able to provide me with any information on the burden that responding to the subpoena would impose on your client, we are not willing to withdraw or narrow the subpoena.  As I said, we will consider any arguments you make in your motion to quash, and if we think there is a path to resolving the dispute, we will gladly discuss that with you.

Jed Schwartz | Milbank | Partner
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5283
JSchwartz@milbank.com | milbank.com