

**JED M. SCHWARTZ**
*Partner*
55 Hudson Yards  |  New York, NY 10001-2163
T: +1 (212) 530-5283
jschwartz@milbank.com  |  milbank.com

December 8, 2023

<u>VIA ECF</u>

Hon. Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1305
New York, New York 10007

  Re: *Carlyle Aviation Management Limited, et al. v. Frontier Airlines, Inc.*, No. 1:23-cv-04774 (PAE) (S.D.N.Y.)

Dear Judge Engelmayer:

  We are the attorneys for Plaintiffs in the above-captioned action and write on behalf of Plaintiffs and with the permission of Frontier Airlines, Inc. ("<u>Frontier</u>" or "<u>Defendant</u>").  On November 9, 2023, Plaintiffs filed a Motion for Leave to File a Supplemental Complaint (ECF No. 45) ("<u>Plaintiffs' Motion</u>").  The Court's December 5, 2023 order (ECF No. 61) set a briefing schedule for Plaintiffs' Motion.

  Frontier has confirmed to the undersigned that it does not oppose Plaintiffs' Motion, but reserves any rights that it might have with respect to the matters raised in Plaintiffs' proposed Supplemental Complaint.  Therefore, Plaintiffs respectfully request that the Court enter an order granting Plaintiffs' Motion and authorizing Plaintiffs to file their Supplemental Complaint.

           Respectfully submitted,

           <u>/s/ Jed M. Schwartz</u>

           Jed M. Schwartz

cc: All Counsel of record (via ECF)

MILBANK LLP

NEW YORK  |  LOS ANGELES  |  WASHINGTON, D.C.  |  SÃO PAULO  |  FRANKFURT
LONDON  |  MUNICH  |  BEIJING  |  HONG KONG  |  SEOUL  |  SINGAPORE  |  TOKYO