# Exhibit A

**Carlyle Parties Proposed Search Terms**

The Carlyle Parties proposed the following search terms in an October 19, 2023 letter:

1. ("7524" OR "8102" OR "8239" OR "8357" OR "8307" OR "8402" OR "8766" OR "8857" OR "8913" OR "8977" OR "9026" OR "9068" OR "9177" OR "10038") AND ("AMCK" OR "CK" OR "Accipiter" OR "Vermillion" OR "Carlyle" OR "CAML" OR "Manchester" OR "Maverick" OR "Wells Fargo" OR "UMB")

2. (Agree* OR Leas* OR Financ* OR Guarant* OR Secur* OR Letter* OR Transfer* OR Sale* OR Sell* OR Assign* OR Novat*) AND ("Carlyle" OR "CAML" OR "Accipiter" OR "Vermillion" OR "Manchester" OR "Maverick" OR "Wells Fargo" OR "UMB")

3. Default* w/50 ("Carlyle" OR "CAML" OR "Accipiter" OR "Vermillion" OR "Wells Fargo" OR "UMB")

4. ("Sky" OR "NAC" OR "Nordic") AND (Transfer* OR Sale* OR Sell* OR Refinanc* OR Financ*)