# **EXHIBIT 2**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

## U.S. District Court

### Southern District of New York

**Notice of Electronic Filing**

The following transaction was entered on 11/14/2023 at 11:23 AM EST and filed on 11/14/2023

| | |
|---|---|
| **Case Name:** | Carlyle Aviation Management Limited et al v. Frontier Airlines, Inc. |
| **Case Number:** | 1:23-cv-04774-PAE |
| **Filer:** | |
| **Document Number:** | 51 |

**Docket Text:**
**ORDER granting [43] Letter Motion to Seal. Granted. SO ORDERED.. (Signed by Judge Paul A. Engelmayer on 11/13/2023) (kv)**

**1:23-cv-04774-PAE Notice has been electronically mailed to:**

Eric B. Fisher     efisher@binderschwartz.com, docket@binderschwartz.com

Jed Mastren Schwartz     jschwartz@milbank.com, AutoDocketECF@milbank.com, ggreen@milbank.com, jed-schwartz-8050@ecf.pacerpro.com, mbenerofe@milbank.com

Sam Lovin     slovin@milbank.com, AutoDocketECF@milbank.com, samantha-lovin-3694@ecf.pacerpro.com

Emily Werkmann     ewerkmann@milbank.com, AutoDocketECF@milbank.com, FMechlowicz@milbank.com, emily-werkmann-3288@ecf.pacerpro.com

**1:23-cv-04774-PAE Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=11/14/2023] [FileNumber=30398146
-0] [3412a3a663de7791c4be7df4b472e7682407bf6655bf38cdbb485d097afdac28f
023281c45e2735e2ec00bc3a245bb880203e08c5bc81f4050c650f2a8551fc1]]