UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARLYLE AVIATION MANAGEMENT LIMITED, ACCIPITER INVESTMENTS AIRCRAFT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, ACCIPITER HOLDINGS DAC, MAVERICK AVIATION HOLDINGS LTD., MANCHESTER AVIATION FINANCE S.à r.l., WELLS FARGO TRUST COMPANY, N.A., not in its individual capacity but solely in its capacity as OWNER TRUSTEE, UMB BANK, N.A., not in its individual capacity but solely in its capacity as OWNER TRUSTEE,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.

    Defendant.

Case No.: 1:23-cv-04774 (PAE)

---

## **MOTION AND [PROPOSED] ORDER TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that, upon the annexed declaration of Emily Werkmann, and subject to the approval of the Court, Emily Werkmann hereby withdraws as counsel for Plaintiffs and shall be removed from the CM/ECF notification list in the above-captioned matter. Jed M. Schwartz and Samantha Lovin of Milbank LLP will continue to represent Plaintiffs in this action.

Dated:    February 14, 2024
             New York, New York

                                            MILBANK LLP

                                            By: */s/ Emily Werkmann*
                                            Emily Werkmann
                                            55 Hudson Yards
                                            New York, New York 10001
                                            (212) 530-5000
                                            EWerkmann@milbank.com

                                            *Attorneys for Plaintiffs*

SO ORDERED: _____

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CARLYLE AVIATION MANAGEMENT LIMITED, ACCIPITER INVESTMENTS AIRCRAFT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, ACCIPITER HOLDINGS DAC, MAVERICK AVIATION HOLDINGS LTD., MANCHESTER AVIATION FINANCE S.à r.l., WELLS FARGO TRUST COMPANY, N.A., not in its individual capacity but solely in its capacity as OWNER TRUSTEE, UMB BANK, N.A., not in its individual capacity but solely in its capacity as OWNER TRUSTEE, <br><br>         Plaintiffs, <br><br> v. <br><br> FRONTIER AIRLINES, INC. <br><br>         Defendant. | Case No.: 1:23-cv-04774 (PAE) |

## DECLARATION OF EMILY WERKMANN

EMILY WERKMANN, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am associated with the law firm Milbank LLP, counsel for Plaintiffs in the above-captioned action. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel for Plaintiffs.

2. Jed M. Schwartz and Samantha Lovin of Milbank LLP will continue to represent Plaintiffs in this action.

3. My withdrawal will not delay the matter or prejudice any party.

4. I am not asserting a retaining or charging lien.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   February 14, 2024
         New York, New York

                                        */s/ Emily Werkmann*
                                        Emily Werkmann