

Eric B. Fisher
Binder & Schwartz LLP
675 Third Avenue, 26th Floor
New York, NY 10017

(T) 212.933.4551
(F) 212.510.7299
efisher@binderschwartz.com

February 23, 2024

**By ECF**

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

    Re: *Frontier Airlines, Inc. v. AMCK Aviation Holdings Ireland Ltd., et al.*,
        No. 1:22-cv-02943 (PAE) [Rel. No. 1:23-cv-04774]

Dear Judge Engelmayer:

    We represent Frontier Airlines, Inc. ("Frontier") in the above-captioned proceedings. We write jointly on behalf of all parties, and pursuant to Rule 1.E. of Your Honor's Individual Rules, to respectfully request that the Court enter the revised discovery schedule entered by the Court on February 20, 2024, in the related action, *Carlyle Aviation Management Ltd. v. Frontier Airlines, Inc.*, No. 1:23-cv-04774 (PAE) ("Lawsuit 3"). *See* Lawsuit 3, Dkt. No. 79. The modified schedule is set forth in the revised Civil Case Management Plan and Scheduling Order attached hereto as **Exhibit A**. The schedule will allow the parties to continue to coordinate discovery across the two cases. This is the parties' second request for an extension of the discovery schedule.

    The parties respectfully request the Court enter the same case management deadlines entered in Lawsuit 3, which are set forth below and agreed to by all parties:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery Deadline | March 22, 2024 | May 22, 2024 |
| Deadline to Serve Interrogatories | February 21, 2024 | April 22, 2024 |
| Deadline to Serve Requests to Admit | February 21, 2024 | April 22, 2024 |
| Deadline to Complete Fact Depositions | March 22, 2024 | May 22, 2024 |
| Deadline to Complete Expert Discovery | June 5, 2024 | August 7, 2024 |

Case 1:23-cv-04774-PAE    Document 80    Filed 02/23/24    Page 2 of 2



We thank the Court for its attention to this matter.

                                      Respectfully submitted,

                                      /s/ Eric B. Fisher
                                      Eric B. Fisher

cc:    All Counsel of Record (via ECF)

GRANTED. SO ORDERED.

Dated: February 23, 2024
       New York, New York

                                      PAUL A. ENGELMAYER
                                      United States District Judge