UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLYLE AVIATION MANAGEMENT LIMITED, ACCIPITER INVESTMENTS AIRCRAFT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, ACCIPITER HOLDINGS DAC, MAVERICK AVIATION HOLDINGS LTD., MANCHESTER AVIATION FINANCE S.a.r.l., WELLS FARGO TRUST COMPANY, N.A., not in its individual capacity but solely in its capacity as OWNER TRUSTEE, UMB BANK, N.A., not in its individual capacity but solely in its capacity as OWNER TRUSTEE, <br><br>        Plaintiffs,<br><br>v.<br><br>FRONTIER AIRLINES, INC.<br><br>        Defendant. | Case No. 1:23-cv-04774 (PAE) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Katherine Kelly Fell, a member with the firm Milbank LLP, hereby appears as counsel for all Plaintiffs in the above-captioned action. Katherine Kelly Fell hereby certifies that she is admitted to practice in this Court and respectfully requests that all notices given or required to be given and all papers served or required to be served be given or served upon the undersigned.

Dated: May 3, 2024                                            MILBANK LLP
New York, New York

                                                               /s/ *Katherine Kelly Fell*
Katherine Kelly Fell
55 Hudson Yards
New York, New York 10001
Telephone: 212-530-5000
Facsimile: 212-530-5207
Email: kfell@milbank.com

*Counsel for Plaintiffs*