

Eric B. Fisher
Binder & Schwartz LLP
675 Third Avenue, 26th Floor
New York, NY 10017

(T) 212.933.4551
(F) 212.510.7299
efisher@binderschwartz.com

July 18, 2024

**VIA ECF**

Hon. Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1305
New York, New York 10007

Re:    *Carlyle Aviation Management Limited, et al. v. Frontier Airlines, Inc.*, No. 1:23-cv-04774 (PAE) (S.D.N.Y.)

Dear Judge Engelmayer:

We are the attorneys for Frontier Airlines, Inc. in the above-captioned action.  Under your Individual Practices Rule 1.E., we write on behalf of the parties to request that the Court approve a 60-day extension of the deadline to complete fact discovery, from July 22, 2024 to October 14, 2024.  This is the parties' fourth request for an extension. The current Revised Civil Case Management Plan and Scheduling Order was entered on May 8, 2024 (ECF No. 146) (the "Case Management Plan").  A Revised Civil Case Management Plan and Scheduling Order is attached hereto as **Exhibit A**.[1]

There is good cause to grant the requested extension.  Following the Court's May 8, 2024 order, the parties continued making rolling productions of documents, though the parties' collection and review of documents has required more time than initially anticipated. Further, deposition scheduling has been delayed by various commitments by the parties, their witnesses, and their counsel on both sides, including the trial in *Frontier Airlines, Inc. v. AMCK Aviation, et al.,* No. 1-20-cv-09713-LLS, time-sensitive lease negotiations, the unavailability of certain of Frontier's witnesses to be deposed before September 2024, and various meetings and personal commitments that cannot be moved.

In light of the foregoing, counsel for the parties believe that there is good cause to extend the current case management deadlines in this case.  The parties agree that the requested extension will not unduly delay this case nor operate as a prejudice against any of the parties.

[1] The parties in the related action, No. 22-cv-02943 (PAE), plan to file a request seeking revisions to the discovery schedule that correspond to any schedule approved by the Court in this action.

Set forth in the chart below are the current case management deadlines, pursuant to Civil Case Management Plan and Scheduling Order entered on May 8, 2024, and counsel's jointly-proposed revised deadlines:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Fact Discovery Cut-Off | July 22, 2024 | October 14, 2024 |
| Fact Depositions to be Completed By | July 22, 2024 | October 14, 2024 |
| Expert Discovery Cut-Off | October 7, 2024 | January 31, 2025 |

We thank the Court for its attention to this matter and are available if there are any questions regarding this joint request.

Respectfully submitted,

Eric B. Fisher

GRANTED.  The parties should not expect any further extensions.

SO ORDERED.

Dated: July 18, 2024
New York, New York

PAUL A. ENGELMAYER
United States District Judge